# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2021

## NO. 03-19-00760-CV

**Laszlo Herczeg, Appellant**

**v.**

**5005 SSR, LLC, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's denial of appellant's motion to dismiss brought under the Texas Citizens Participation Act. Therefore, the Court affirms the trial court's denial of appellant's motion. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.